322

(No. 6360— )

Our Lady of the Highlands, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed January 11, 1972.*

Our Lady of the Highlands, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6368— )

Bi-Rite Food Store, Claimant, *vs.* State of Illinois, Department of Public Aid, Respondent.

*Opinion filed January 11, 1972.*

Bi-Rite Food Store, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.